**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Marinne Silva, et al.,

Plaintiffs,

v.

John Kramar, et al.,

Defendants.

No. CV-26-00185-PHX-KML (CDB)

**ORDER**

The Court has reviewed the Complaint and Motion for Temporary Restraining Order ("TRO"). (Docs. 1, 2.) Plaintiffs allege that Defendants' failure to timely adjudicate Plaintiff Marinne Silva's pending I-130 Petition on behalf of her husband may result in Plaintiff Juan Pablo Ramirez-Becerra's removal from the United States. Plaintiffs seek mandamus relief in the form of an order compelling Defendants to adjudicate the pending I-130 Petition and further seek a stay of Plaintiff Juan Pablo Ramirez-Becerra's removal pending adjudication of this action.

Plaintiff has not met the standard under Rule 65(b)(1) for a no-notice TRO, *Reno Air Racing Ass'n, Inc. v. McCord*, 452 F.3d 1126, 1131 (9th Cir. 2006) ("very few circumstances justify the issuance of an ex parte TRO"), but the Court will order an expedited response to the TRO request and Complaint.

**IT IS THEREFORE ORDERED:**

(1) Counsel for Plaintiffs must immediately serve the Complaint upon Defendants.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order, the Complaint, and the Motion to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

(4) Plaintiff's Motion for a Temporary Restraining Order without notice (Doc. 2) is **denied**. Plaintiff's request for a Temporary Restraining Order with notice (Doc. 2) remains pending.

(5) Defendants must respond to the Complaint and Motion for Temporary Restraining Order with notice no later than January 20, 2026. Plaintiff may file a reply to the Motion no later than January 22, 2026.

(6) If Defendants intend to remove Plaintiff from the United States, they must advise the Court at least three business days in advance of the intended removal.

Dated this 15th day of January, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**