AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona ⬛

| | |
|---|---|
| Marinne Silva<br>Pablo Ramirez-Becerra<br><br>———————————————<br>*Plaintiff(s)*<br><br>v.<br><br>John Kramar, et al.,<br><br>———————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.    CV-26-185-PHX-KML(CDB)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John Kramar
USCIS Phoenix District Office
1330 S 16 St.
Phoenix, AZ 85034

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erica Sanchez, Of Counsel
Shefer Law Firm, P.A.
800 SE 4th Ave. #803
Hallandale Beach, Florida 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_A. Raybal_

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  3:01 pm, Jan 15, 2026**

**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    John Kramar

was received by me on *(date)*                                      .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    Served Habeas Petition by U.S.P.S. Certified Mail, addressed to John Kramar  1330 S 16th St Phoenix, AZ  85034 and to Attorney General's Office US Department of Justice 950 Pennsylvania Ave. NW Washington, DC 20530

My fees are $  0.00    for travel and $  0.00    for services, for a total of $  0.00    .

I declare under penalty of perjury that this information is true.

Date:  01/16/2026

*Server's signature*

Nancy Ortega
*Printed name and title*

2345 S Alma School Rd  Ste 203 Mesa, AZ 85210
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona ▾

| | |
|---|---|
| Marinne Silva Atilio Juan Pablo Ramirez-Becerra | )<br>)<br>)<br>)<br>) |
| _____<br>*Plaintiff(s)* | )<br>) |
| v. | ) |
| John Kramar, et al., | )<br>) |
| _____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>) |

Civil Action No.   CV-26-185-PHX-KML(CDB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kristi Noem
U.S. Department of Homeland Security
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Erica Sanchez, Of Counsel
Shefer Law Firm, P.A.
800 SE 4th Ave. #803
Hallandale Beach, Florida 33009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON  3:01 pm, Jan 15, 2026**
**s/ Debra D. Lucas, Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Kristi Noem

was received by me on *(date)*                              .

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

&#9747; Other *(specify):*    Served Habeas Petition by U.S.P.S. Certified Mail, addressed to Kristi Noem, Secretary of DHS, 245 Murray Lane SW
Washington, DC 20528 and to Attorney General's Office US Department of Justice 950 Pennsylvania Ave. NW Washington,
DC 20530                                                                                  .

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/16/2026

_____
*Server's signature*

Nancy Ortega
_____
*Printed name and title*

2345 S Alma School Rd  Ste 203 Mesa, AZ 85210
_____
*Server's address*

Additional information regarding attempted service, etc: